FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 23 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. AGUSTINA ORTUNO DEFENDANT(S). | CASE NUMBER SA CR 16-0031 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday, March 25__, __2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi__, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __March 23, 2016__

_____
U.S. District Judge/Magistrate Judge